**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schmidt Quality Construction, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-2117417** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1001 Curtis St**<br>**Downers Grove, IL**<br><br>ZIP Code **60515-4711** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 685**<br>**Huntley, IL**<br><br>ZIP Code **60142** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    **Page 2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schmidt Quality Construction, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schmidt Quality Construction, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**February 27, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James Schmidt**
Signature of Authorized Individual

**James Schmidt**
Printed Name of Authorized Individual

**Vice President- Operations**
Title of Authorized Individual

**February 27, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6D (Official Form 6D) (12/07)

In re   **Schmidt Quality Construction, Inc.**                                          ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Value $ | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Value $ | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Value $ | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Value $ | | | | | | | | | |

__0__  continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Schmidt Quality Construction, Inc.**                                          ,        Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Schmidt Quality Construction, Inc.** _____ ,    Case No. _____
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2007 | | | | | |
| Cooley, Mary 1657 N. Fairfield Ave. #1r Chicago, IL 60647 | - | | | Employee | | | | | 0.00 |
| | | | | | | | | 625.00 | 625.00 |
| Account No. | | | | 2007 | | | | | |
| Everze, Kim 1531 Johnson Dr. #733 Buffalo Grove, IL | - | | | Employee | | | | | 0.00 |
| | | | | | | | | 1,200.00 | 1,200.00 |
| Account No. | | | | 2007 | | | | | |
| Figiera, Alfredo 436 S. Sawyer Chicago, IL 60652 | - | | | Employee | | | | | 0.00 |
| | | | | | | | | 1,496.00 | 1,496.00 |
| Account No. | | | | 2007 | | | | | |
| Galven, lighia 503 Danny Dr. Shorewood, IL 60404 | - | | | Employee | | | | | 0.00 |
| | | | | | | | | 850.00 | 850.00 |
| Account No. | | | | 2007 | | | | | |
| Hanschman, Don P.O. Box 507 Addison, IL 60101 | - | | | Wages | | | | | 0.00 |
| | | | | | | | | 3,200.00 | 3,200.00 |

Sheet __1__ of __10__ continuation sheets attached to     Subtotal     | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     | 7,371.00 | 7,371.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Schmidt Quality Construction, Inc.**_____ ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **07-003480** | | | | 2007 | | | | | |
| **Illinois Department of Labor c/o Destiny Porter Asst. A.G. 100 W. Randolph St. 13th Flr. Chicago, IL 60601** | X | - | | **Wage Claim** | | | X | | 0.00 |
| | | | | | | | | 1,038.49 | 1,038.49 |
| Account No. | | | | 2007 | | | | | |
| **Jeff Jarvis 4509 Woodward Av. Downers Grove, IL 60515** | | - | | **Wages** | | | | | 0.00 |
| | | | | | | | | 487.50 | 487.50 |
| Account No. | | | | 2007 | | | | | |
| **Kadlec, Ken 135 Surey Dr. Glen Ellyn, IL 60137** | | - | | **Employee** | | | | | 0.00 |
| | | | | | | | | 6,180.33 | 6,180.33 |
| Account No. | | | | 2007 | | | | | |
| **King, James 10756 Crestview Rd. Countryside, IL 60525** | | - | | **Employee** | | | | | 0.00 |
| | | | | | | | | 8,057.54 | 8,057.54 |
| Account No. | | | | 2007 | | | | | |
| **Loretta Augaitis 10705 Gigi Dr. Orland Park, IL 60462** | | - | | **Wages** | | | | | 0.00 |
| | | | | | | | | 1,467.00 | 1,467.00 |

Sheet __2__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 17,230.86 | 17,230.86 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Schmidt Quality Construction, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rouse, Daniel**<br>**6935 Williams Dr.**<br>**Woodridge, IL 60519** | - | | 2007<br><br>**Employee** | | | | 1,522.27 | 0.00 | 1,522.27 |
| Account No.<br><br>**Sanesse, Sherri**<br>**830 S. Monteray Av.**<br>**Villa Park, IL 60181** | - | | 2007<br><br>**Employee** | | | | 8,750.00 | 0.00 | 8,750.00 |
| Account No.<br><br>**Sorenson, Paul**<br>**2928 N. Wood St.**<br>**Unit G**<br>**Chicago, IL 60657** | - | | 2007<br><br>**Employee** | | | | 10,760.00 | 0.00 | 10,760.00 |
| Account No.<br><br>**Yuknis, Bob**<br>**15w740 82nd St.**<br>**Burr Ridge, IL 60527** | - | | 2007<br><br>**Employee** | | | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | | | | | | | |

Sheet **3** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 22,032.27 | 22,032.27 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Schmidt Quality Construction, Inc.** _____, Case No. _____

                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | | |
| Alban, Nick & Cindy 5234 Lyman Downers Grove, IL 60515 | - | | Deposit- Debtor completed approximately 65% of contract | | X | X | 23,000.00 | 18,150.00 4,850.00 | |
| Account No. | | | 2007 | | | | | | |
| Angulio, Frank & Maggie 10639 Dorchester Westchester, IL 60154 | - | | Deposit- Debtor obtained permits | | X | X | 26,000.00 | 21,150.00 4,850.00 | |
| Account No. | | | 2007 | | | | | | |
| Belina, Greg and Cathy 563 Inverness Lisle, IL 60532 | - | | Deposit of $200,000. Value of work completed is apprx. $141,000. Mechanic liens filed of apprx. $23,000 | | X | X | 125,000.00 | 120,150.00 4,850.00 | |
| Account No. | | | 2007 | | | | | | |
| Cavagnetto, Stan & Jackie 3 Robert sty North Aurora, IL 60542 | - | | Deposit | | | | 1,800.00 | 0.00 1,800.00 | |
| Account No. | | | 2007 | | | | | | |
| Claiborne, Scott & Katrina 5704 Washington Downers Grove, IL 60516 | - | | Deposit | | | | 4,200.00 | 0.00 4,200.00 | |

Sheet __4__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 159,450.00 |
| (Total of this page) | 180,000.00 | 20,550.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Schmidt Quality Construction, Inc.** , Case No. _____

_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 2007 | | | | | |
| Dugo, Mike & Diane 190 W. Hickory Lombard, IL 60148 | - | | | Deposit of apprx $50,000. Debtor completed approx. 35% of work | | X | X | 16,150.00 | |
| | | | | | | | | 21,000.00 | 4,850.00 |
| Account No. | | | | 2007 | | | | | |
| Gosewisch, Lawrence 1406 Ridgewood Circle Downers Grove, IL 60516 | - | | | Deposit | | | | 694.90 | |
| | | | | | | | | 3,119.90 | 2,425.00 |
| Account No. | | | | 2007 | | | | | |
| Grumbos, Gail and John 21W674 Monticello Rd. Glen Ellyn, IL 60137 | - | | | Deposit of apprx $60,000. Value of work performed apprx. $55,000. | | X | X | 15,150.00 | |
| | | | | | | | | 20,000.00 | 4,850.00 |
| Account No. | | | | 2007 | | | | | |
| Hancock, Steve & Liz 6245 Puffer Rd. Downers Grove, IL 60515 | - | | | Deposit- Permits obtained buyt work not started. | | | | 783.81 | |
| | | | | | | | | 5,633.81 | 4,850.00 |
| Account No. | | | | 2007 | | | | | |
| Haskell, Dennis 5721 Aubrey Downers Grove, IL 60516 | - | | | Deposit- Debtor has drawings and some finish material | | X | X | 91,461.00 | |
| | | | | | | | | 93,886.00 | 2,425.00 |

Sheet __5__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 124,239.71

(Total of this page) | 143,639.71 | 19,400.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.**                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | | |
| Iclozan, Semproniu 8341 Mending Wall Dr. Woodridge, IL | - | | Deposit- Debtor completed 85% of project | | X | X | | Unknown | |
| | | | | | | | 100,000.00 | | Unknown |
| Account No. | | | 2007 | | | | | | |
| Khile, John & Ann 7029 Roberts Dr. Woodridge, IL 60517 | - | | Deposit- Permits applied for. | | | | | 0.00 | |
| | | | | | | | 3,933.79 | | 3,933.79 |
| Account No. | | | 2007 | | | | | | |
| Koziol, Thadeus & Linda 1388 President St. Glendale Heights, IL 60139 | - | | Deposit- Finished by outside contractor | | X | X | | 2,967.00 | |
| | | | | | | | 7,817.00 | | 4,850.00 |
| Account No. | | | 2007 | | | | | | |
| Lelifeld, Mary & Richard 126 W. Harrison St. Wheaton, IL 60187 | - | | Deposit-Drawings and prints completed by Debtor | | X | X | | 19,150.00 | |
| | | | | | | | 24,000.00 | | 4,850.00 |
| Account No. | | | 2007 | | | | | | |
| Lequire, Judy 1037 Lenhertz Ave. Aurora, IL | - | | Deposit- project completed by outside contractor with possible liens of $14,000 | | X | X | | Unknown | |
| | | | | | | | 50,000.00 | | Unknown |

Sheet __6__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| Subtotal | 22,117.00 | |
| (Total of this page) | 185,750.79 | 13,633.79 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.**                                        ,  Case No. _____

                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> Meador, Cheryl & Michael Tenn-Lynn <br> 722 S. Hillside Ave. <br> Elmhurst, IL 60126 | - | | 2007 <br><br> Deposit | | X | X | 124,635.00 | 119,785.00 <br><br> 4,850.00 |
| Account No. <br> Michaels, Randall <br> 520 Peacock Ct. <br> Naperville, IL 60565 | - | | 2007 <br><br> Deposit- job finished by outside contractor | | X | X | 28,450.00 | 23,600.00 <br><br> 4,850.00 |
| Account No. <br> Nolan, John & Sue <br> 1922 Bending Oaks Ct. <br> Downers Grove, IL 60515 | - | | 2007 <br><br> Deposit- Customer reversed credit card payment | | X | X | 18,000.00 | 13,150.00 <br><br> 4,850.00 |
| Account No. <br> Piekarz, Jodi & Frank <br> 4408 Black Partridge Ln. <br> Lisle, IL 60532 | - | | 2007 <br><br> Depoist | | | | 8,200.00 | 3,350.00 <br><br> 4,850.00 |
| Account No. <br> Putlack, Claire <br> 1040 68th St. <br> Downers Grove, IL 60516 | - | | 2007 <br><br> Deposit- permiots obtained | | X | X | 12,222.00 | 9,797.00 <br><br> 2,425.00 |

Sheet __7__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 169,682.00 |
| (Total of this page) | 191,507.00 | 21,825.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.**                              , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | |
| Reburg, Mark 3924 Forest Downers Grove, IL 60515 | - | | Deposit- Finished by outside contractor | | X | X | 13,863.00 | 11,438.00 / 2,425.00 |
| Account No. | | | 2007 | | | | | |
| Robert and Debbie McDavid 9 S. 148 Lansfield Av. Downers Grove, IL 60516 | - | | Deposit by individuals | | | | Unknown | Unknown / 4,850.00 |
| Account No. | | | 2007 | | | | | |
| Schoonover, Chris & Jennifer 3937 Forest Downers Grove, IL 60515 | - | | Deposit- finished by outside contractor | | X | X | 15,200.00 | 10,350.00 / 4,850.00 |
| Account No. | | | 2007 | | | | | |
| Serchuk, Mike & Michelle 24552 S Edwin Dr. Channahon, IL 60410 | - | | Deposit- Job was 85% finished but there were liens on job. | | X | X | 19,765.00 | 14,915.00 / 4,850.00 |
| Account No. | | | 2007 | | | | | |
| Sievert, Ann & Marcia Bottoms 214 W. Harrison Wheaton, IL 60187 | - | | Deposit- Job was partially complete | | X | X | 33,924.00 | 29,074.00 / 4,850.00 |

Sheet __8__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                65,777.00
(Total of this page)   82,752.00    21,825.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Schmidt Quality Construction, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **2007** | | | | | | | | | |
| **Thayer, Cynthia & Jason** **9501 Congress Park** **Brookfield, IL 60513** | - | | | **Deposit-Debtor completed approximately 40% of project, with outside contractors completeing the balance.** | | X | X | | 80,150.00 |
| | | | | | | | | 85,000.00 | 4,850.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __9__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 80,150.00 |
| 85,000.00 | 4,850.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Schmidt Quality Construction, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | |
| IDES<br>33 S State St.<br>10th Floor<br>Chicago, IL 60603-2802 | | - | Trade Debt | | | | | 0.00 |
| | | | | | | | 6,026.87 | 6,026.87 |
| Account No. | | | 2006 3rd and 4th Qtr. | | | | | |
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60602 | X | - | Il-941 | | X | X | | 0.00 |
| | | | | | | | 15,429.00 | 15,429.00 |
| Account No. | | | 2006 and 2007 4 Qtrs. | | | | | |
| Internal Revenue Service<br>ATTN: Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | X | - | 941 returns | | X | X | | 0.00 |
| | | | | | | | 267,145.00 | 267,145.00 |
| Account No. | | | 2006 | | | | | |
| Internal Revenue Service<br>ATTN: Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | X | - | Form 940 | | X | X | | 0.00 |
| | | | | | | | 3,172.00 | 3,172.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00 |
|---|---|---|
| | | 291,772.87 | 291,772.87 |
| | Total | 621,415.71 |
| (Report on Summary of Schedules) | | 1,207,056.50 | 440,490.79 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Schmidt Quality Construction, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  <br><br>**A T & T**  <br>**P.O. Box 8100**  <br>**Aurora, IL 60507-8100** | | - | | | **2006/7**  <br>**Phone** | | | | 511.96 |
| Account No.  <br><br>**ABC Supply Company of Chicago**  <br>**29 W 581 North Av**  <br>**West Chicago, IL 60185** | | - | | | **2007**  <br>**Trade debt** | | | | 17,145.92 |
| Account No.  <br><br>**ABT Apliances**  <br>**c/o Global Payment Services**  <br>**PO Box 661038**  <br>**Chicago, IL 60666** | | - | | | **2007**  <br>**Bad Check** | | | | 3,805.49 |
| Account No.  <br><br>**Alexander Lumber Co.**  <br>**100 Barney Dr.**  <br>**Joliet, IL 60435** | | - | | | **2007**  <br>**Trade debt** | | | | 6,258.97 |
| __13__ continuation sheets attached | | | | | Subtotal  <br>(Total of this page) | | | | 27,722.34 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 S/N:33434-080129    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2007 Trade Debt | | | | |
| **All Tile** c/o Scott and Goldman **590 W. Crossville Rd., Ste 104** **Roswell, GA 30075** | - | | | | | | | | 2,879.64 |
| Account No. | | | | | 2007 Trade Debt | | | | |
| **Arc Disposal and Recycling** c/o NCO Financail Systems **507 Prudential Rd.** **Horsham, PA 19044** | - | | | | | | | | 1,874.25 |
| Account No. | | | | | 2007 Utilities | | | | |
| **AT&T Wireless** **P.O. 8229** **Aurora, IL 60572** | - | | | | | | | | 238.17 |
| Account No. | | | | | 2007 Trade Debt | | | | |
| **Baer Supply Co.** **909 Forest Edge Dr.** **Vernon Hills, IL 60061** | - | | | | | | | | 2,632.86 |
| Account No. | | | | | 2007 Trade Debts | | | | |
| **Benegas Enterprises** **13205 Forest View** **Alsip, IL 60445** | - | | | | | | X | X | 26,365.00 |

Sheet no. __1___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,989.92

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Schmidt Quality Construction, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Builders Aluminum** <br> **PO Box 498** <br> **Warrenville, IL 60555** | - | | | **2007** <br> **Trade Debt** | | | | 568.41 |
| Account No. <br><br> **Chase Payment Tech** <br> **5251 Westheimer Rd.** <br> **6th Floor** <br> **Houston, TX 77056** | - | | | **2007** <br> **Trade Debt** | | | | 24,853.00 |
| Account No. <br><br> **Chicago Trubune** <br> **c/o Beihl and Beihl  Inc.** <br> **Carol Stream, IL 60188** | - | | | **2007** <br> **Advertizing** | | | | 1,000.00 |
| Account No. **6936024034** <br><br> **Com Ed** <br> **Bill Payment Center** <br> **P.O. Box 87522** <br> **Chicago, IL 60680** | - | | | **2007** <br> **Utilities** | | | | 1,526.19 |
| Account No. **8798201200468257** <br><br> **Comcast** <br> **1711 E. Wilson St.** <br> **Batavia, IL 60510** | - | | | **2007** | | | | 235.63 |

Sheet no. __**2**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    28,183.23

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Schmidt Quality Construction, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Damages claim | | | | |
| ComEd Claims Dept, 4th Floor 3 Lincoln Center Oakbrook Terrace, IL 60181 | - | | | | | | | 2,078.58 |
| Account No. | | | | 2007 Overdraft | | | | |
| Community Bank of Downers Grove 1111 Warren Av. Downers Grove, IL 60515 | - | | | | | | | Unknown |
| Account No. | | | | 2007 Insurance | | | | |
| Country Companies Insurance PO Box 2100 Bloomington, IL 61702 | - | | | | | | | 2,048.21 |
| Account No. | | | | 2007 Bad Check | | | | |
| Daltile c/o TRS Recovery Systems PO Box 60022 City Of Industry, CA 91716 | - | | | | | | | 241.37 |
| Account No. | | | | 2007 Legal Fees | | | | |
| Dan Nelson Law Offices 129 W Willow Wheaton, IL 60187 | - | | | | | | | 4,670.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,038.16

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Schmidt Quality Construction, Inc.** ,                    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Trade Debt | | | | |
| Dar Enterprises c/o David R. Watschke 110 Schiller, ste 205 Elmhurst, IL 60126 | - | | | | | | | 24,533.86 |
| Account No. | | | | 2007 Trade Debt | | | | |
| DE Thompson Excavating 508 Twin Rail Dr. PO Box 452 Minooka, IL 60447 | - | | | | | | | 2,100.00 |
| Account No. | | | | 2007 Trade debt | | | | |
| Doors By Russ 11941 S. Aero Dr. Plainfield, IL 60585 | - | | | | | | | 6,720.00 |
| Account No. | | | | 2007 Overdraft | | | | |
| Downers Grove National Bank 5140 Main St. Downers Grove, IL 60515 | - | | | | | | | Unknown |
| Account No. | | | | 2007 Disposal and Dumpsters | | | | |
| Economy Disposal 30 Baybrook Ln. Hinsdale, IL 60523-1638 | - | | | | | | | 7,650.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,003.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Schmidt Quality Construction, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2007 Trade Debt | | | | |
| Edward Hines Lumber Co. 1000 Corporate Dr. Buffalo Grove, IL 60089 | - | | | | | | | | 15,942.70 |
| Account No. | | | | | 2007 Trade Debt | | | | |
| Ericksons Flooring and Supply c/o Hutchinson, Warren and Assoc. 39393 Van Dyke, Suite 103 Sterling Heights, MI 48311 | - | | | | | | | | 9,218.59 |
| Account No. | | | | | 2007 Trade Debt | | | | |
| Excell Waterproofing 6662 W. 99th St. Chicago Ridge, IL 60415 | - | | | | | | | | 1,436.66 |
| Account No. | | | | | 2007 | | | | |
| FedEx c/o OCI Collection Services PO Box 965 Brookfield, WI 53008 | - | | | | | | | | 33.16 |
| Account No. | | | | | 2007 Bank Account | | | | |
| Fifth Third Bank PO Box 630900 Cincinnati, OH 45263 | - | | | | | | | | 2,165.33 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **28,796.44**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.** _____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Frontline Fasteners** <br> **166 W. Washington, Suite 300** <br> **Chicago, IL 60602** | | - | | **2007** <br> **Trade Debt** | | | | **214.89** |
| Account No. <br><br> **George and Robert Eckdahl** <br> **c/o Attorney Herb Bell** <br> **P.O. Box 206** <br> **Downers Grove, IL 60515** | X | - | | **2007** <br> **Lease of 1001 Curtiss St., Downers Grove, Il.** | | X | | **Unknown** |
| Account No.  E32406 <br><br> **Home Pages Directory** <br> **c/o McCarthy, Burgess, & Wolff** <br> **26000 Cannon Rd** <br> **Cleveland, OH 44146** | | - | | **2007** <br> **Advertising** | | | | **1,441.48** |
| Account No. <br><br> **Iclozan, Semproniu** <br> **8341 Mending Wall Dr.** <br> **Woodridge, IL** | | - | | **2007** <br> **Computer Installation** | | | | **1,737.00** |
| Account No.  VNO7228559 <br><br> **Illinois Tollway Authority** <br> **2700 Ogden Av.** <br> **Downers Grove, IL 60515** | | - | | **2007** <br> **Toll Violations** | | | X | **429.98** |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,823.35**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Trade Debt | | | | |
| Insignia Stone 2200 Schoolhouse Rd. New Lenox, IL 60451 | | - | | | | | | 3,119.90 |
| Account No. | | | | 2007 Trade Debt | | | | |
| Jim Bishop Cabinets PO Box 11424 Montgomery, AL 36111 | | - | | | | | | 19,751.92 |
| Account No. | | | | 2007 Trade Debt | | | | |
| Lansing Building Products c/o Teller Levit and SilverTrust PC 11 East Adams St. Chicago, IL 60603 | | - | | | | | | 20,422.64 |
| Account No. | | | | 2007 Trade Debt | | | | |
| M&G Roofing | | - | | | | | | 6,500.00 |
| Account No. | | | | 2006/07 Tax preparation | | | | |
| Marnell Financial Services 183 Tubeway Dr. Carol Stream, IL 60188 | | - | | | | | | 3,000.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **52,794.46**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.**                            ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007<br>Trade debt | | | | |
| MC Construction<br>1822 S Wisconsin Ave<br>Berwyn, IL 60402 | - | | | | | | | |
| | | | | | | | | 19,240.00 |
| Account No. | | | | 2007<br>Trade Debt | | | | |
| McCann Industries<br>250 E. North Frontage Rd.<br>Bolingbrook, IL 60440 | - | | | | | | | |
| | | | | | | | | 3,559.69 |
| Account No. | | | | 2007<br>Trade Debt | | | | |
| Micheal Wagner and Sons<br>2321 S Foster Ave.<br>Wheeling, IL 60090 | - | | | | | | | |
| | | | | | | | | 28,559.90 |
| Account No. | | | | 2007<br>Trade Debt | | | | |
| Midamerica Tile<br>1650 Howard St.<br>Elk Grove Village, IL 60007 | - | | | | | | | |
| | | | | | | | | 3,568.99 |
| Account No. | | | | 2007<br>Trade Debt | | | | |
| Modaffs Concrete<br>c/o CCC<br>43 E. Jefferson, Suite 200<br>Naperville, IL 60540 | - | | | | | | | |
| | | | | | | | | 11,220.00 |

Sheet no. __8___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                66,148.58

B6F (Official Form 6F) (12/07) - Cont.

In re **Schmidt Quality Construction, Inc.** _____ , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2007 Trade Debt | | | | |
| Naperville Ready Mix 1805 High Grove Ln. Naperville, IL 60540 | - | | | | | | | | 1,710.90 |
| Account No. | | | | | 2007 Overdraft | | | | |
| National City Bank 401 Ogden Av. Downers Grove, IL 60515 | - | | | | | | | | **Unknown** |
| Account No. | | | | | 2007 Bad Check | | | | |
| New Hillcrest Currency Exchange 1701 N. Larkin Blvd Joliet, IL 60435 | - | | | | | | | | 477.97 |
| Account No. | | | | | 2007 Utilities | | | | |
| Nicor PO Box 310 Aurora, IL 60507 | - | | | | | | | | 735.96 |
| Account No. | | | | | 2007 Trade debt | | | | |
| Norwood Concrete 11215 S. Naperville Rd. Plainfield, IL 60585 | - | | | | | | | | 11,220.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,144.83

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.**                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Trade debt | | | | |
| **Pella Windows and Doors** **2505 Enterprise Dr.** **West Chicago, IL 60185** | - | | | | | | | 8,229.77 |
| Account No. | | | | 2007 Unpaid Rent- 7912 Lemont Rd. | | | | |
| **Pinpoint Landholdings** **1355 Warren Av.** **Downers Grove, IL 60515** | - | | | | | | | 4,200.00 |
| Account No. | | | | 2007 Trade Debt | | | | |
| **Pitney Bowes** **c/o Caine and Weiner** **PO Box 5010** **Woodland Hills, CA 91365** | - | | | | | | | 444.41 |
| Account No. | | | | 2007 Trade Debt | | | | |
| **Pods** **PO Box 31673** **Tampa, FL 33631** | - | | | | | | | 152.00 |
| Account No. | | | | 2007 Trade Debt | | | | |
| **Proton Computers** **720 S. Main St.** **Lombard, IL 60148** | - | | | | | | | 125.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,151.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **Schmidt Quality Construction, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2007 Advertising | | | | |
| R.H. Donnelley c/o Jack H. Rottner Law Office PO Box 10417 Chicago, IL 60610 | - | | | | | | | | 48,872.32 |
| Account No. | | | | | 2007 Trade Debt | | | | |
| Schaff Window and Door 18445 Thompson Ct. Tinley Park, IL 60477 | - | | | | | | | | 4,139.22 |
| Account No. | | | | | 2007 Trade Debt | | | | |
| Service Can Po Box 1593 Aurora, IL 60507-1593 | - | | | | | | | | 1,124.36 |
| Account No. | | | | | 2007 Trade Debt | | | | |
| Sherwinn Williams Accounts Receivable 435 N. Bolingbrook Dr. Bolingbrook, IL 60440 | - | | | | | | | | 1,352.96 |
| Account No. | | | | | 2007 Utilities | | | | |
| Sprint PO Box 8077 London, KY 40742 | - | | | | | | | | 3,389.77 |

Sheet no. __11__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            58,878.63

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Schmidt Quality Construction, Inc.** _____ ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Trade Debt | | | | |
| Stanley Company 30 W 711 Butterfield Rd. Warrenville, IL 60555 | - | | | | | | | |
| | | | | | | | | 11,000.00 |
| Account No. | | | | 2007 Trade Debts | | | | |
| Valley Insulation PO Box 8543 Bartlett, IL 60103 | - | | | | | | | |
| | | | | | | | | 6,171.00 |
| Account No. | | | | 2007 Trade Debt | | | | |
| VBA Electric/ Ned Vasquesz 2331 S. Hamlin Chicago, IL 60623 | - | | | | | X | X | |
| | | | | | | | | 19,150.00 |
| Account No. | | | | 2007 Checks that bounced | | | | |
| West Suburban Currency Exchange c/o Mages and Price 707 Lake Cook Rd., Suite 314 Deerfield, IL 60015 | - | | | | | | | |
| | | | | | | | | 14,567.25 |
| Account No. | | | | 2007 Bad Checks | | | | |
| Will County States Atty. PO Box 800 Joliet, IL 60434 | - | | | | | | | |
| | | | | | | | | 2,782.18 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,670.43

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Schmidt Quality Construction, Inc.**                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Yorktown Inc.**<br>**100 Redco Ave.**<br>**Red Lion, PA 17356** | | - | **2007**<br>**Trade Debt** | | | | **34,024.01** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **34,024.01** |
| | Total<br>(Report on Summary of Schedules) | **465,369.42** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Schmidt Quality Construction, Inc.**                                                    Case No. _____
                                                      Debtor(s)                Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.......................................................... $ | **4,986.00** |
| Prior to the filing of this statement I have received.............................................. $ | **4,986.00** |
| Balance Due.......................................................................................................... $ | **0.00** |

2.    $   **299.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):     **Relative of the sole shareholder of the Debtor.  Funds were paid directly to Debtor's Counsel.**

4.    The source of compensation to be paid to me is:

☐ Debtor     ■ Other (specify):     **Same as above.**

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 27, 2008**                          **/s/ Kent A. Gaertner**
                                                          **Kent A. Gaertner 3121489**
                                                          **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                          **400 S. County Farm Road**
                                                          **Suite 330**
                                                          **Wheaton, IL 60187**
                                                          **630-510-0000  Fax: 630-510-0004**

---

```
A T & T
P.O. Box 8100
Aurora, IL 60507-8100


ABC Supply Company of Chicago
29 W 581 North Av
West Chicago, IL 60185


ABT Apliances
c/o Global Payment Services
PO Box 661038
Chicago, IL 60666


Alban, Nick & Cindy
5234 Lyman
Downers Grove, IL 60515


Alexander Lumber Co.
100 Barney Dr.
Joliet, IL 60435


All Tile
c/o Scott and Goldman
590 W. Crossville Rd., Ste 104
Roswell, GA 30075


Angulio, Frank & Maggie
10639 Dorchester
Westchester, IL 60154


Arc Disposal and Recycling
c/o NCO Financail Systems
507 Prudential Rd.
Horsham, PA 19044


AT&T Wireless
P.O. 8229
Aurora, IL 60572


Attorney Herb Bell
P.O. Box 206
Downers Grove, IL 60515
```

Baer Supply Co.
909 Forest Edge Dr.
Vernon Hills, IL 60061


Belina, Greg and Cathy
563 Inverness
Lisle, IL 60532


Benegas Enterprises
13205 Forest View
Alsip, IL 60445


Builders Aluminum
PO Box 498
Warrenville, IL 60555


Cavagnetto, Stan & Jackie
3 Robert sty
North Aurora, IL 60542


Chase Payment Tech
5251 Westheimer Rd.
6th Floor
Houston, TX 77056


Chicago Trubune
c/o Beihl and Beihl Inc.
Carol Stream, IL 60188


Claiborne, Scott & Katrina
5704 Washington
Downers Grove, IL 60516


Com Ed
Bill Payment Center
P.O. Box 87522
Chicago, IL 60680


Comcast
1711 E. Wilson St.
Batavia, IL 60510

ComEd
Claims Dept, 4th Floor
3 Lincoln Center
Oakbrook Terrace, IL 60181


Community Bank of Downers Grove
1111 Warren Av.
Downers Grove, IL 60515


Cooley, Mary
1657 N. Fairfield Ave. #1r
Chicago, IL 60647


Country Companies Insurance
PO Box 2100
Bloomington, IL 61702


Daltile
c/o TRS Recovery Systems
PO Box 60022
City Of Industry, CA 91716


Dan Nelson Law Offices
129 W Willow
Wheaton, IL 60187


Dar Enterprises
c/o David R. Watschke
110 Schiller, ste 205
Elmhurst, IL 60126


DE Thompson Excavating
508 Twin Rail Dr.
PO Box 452
Minooka, IL 60447


Doors By Russ
11941 S. Aero Dr.
Plainfield, IL 60585


Downers Grove National Bank
5140 Main St.
Downers Grove, IL 60515

Dugo, Mike & Diane
190 W. Hickory
Lombard, IL 60148


Economy Disposal
30 Baybrook Ln.
Hinsdale, IL 60523-1638


Edward Hines Lumber Co.
1000 Corporate Dr.
Buffalo Grove, IL 60089


Ericksons Flooring and Supply
c/o Hutchinson, Warren and Assoc.
39393 Van Dyke, Suite 103
Sterling Heights, MI 48311


Everze, Kim
1531 Johnson Dr.
#733
Buffalo Grove, IL


Excell Waterproofing
6662 W. 99th St.
Chicago Ridge, IL 60415


FedEx
c/o OCI Collection Services
PO Box 965
Brookfield, WI 53008


Fifth Third Bank
PO Box 630900
Cincinnati, OH 45263


Figiera, Alfredo
436 S. Sawyer
Chicago, IL 60652


Frontline Fasteners
166 W. Washington, Suite 300
Chicago, IL 60602

Galven, Iighia
503 Danny Dr.
Shorewood, IL 60404


George and Robert Eckdahl
c/o Attorney Herb Bell
P.O. Box 206
Downers Grove, IL 60515


George and Robert Eckdahl
c/o Attorney Herb Bell
P.O. Box 206
Downers Grove, IL 60515


Gosewisch, Lawrence
1406 Ridgewood Circle
Downers Grove, IL 60516


Grumbos, Gail and John
21W674 Monticello Rd.
Glen Ellyn, IL 60137


Hancock, Steve & Liz
6245 Puffer Rd.
Downers Grove, IL 60515


Hanschman, Don
P.O. Box 507
Addison, IL 60101


Haskell, Dennis
5721 Aubrey
Downers Grove, IL 60516


Home Pages Directory
c/o McCarthy, Burgess, & Wolff
26000 Cannon Rd
Cleveland, OH 44146


Ice Miller LLP
One American Square
Suite 3100
Indianapolis, IN 46282

Iclozan, Semproniu
8341 Mending Wall Dr.
Woodridge, IL

Iclozan, Semproniu
8341 Mending Wall Dr.
Woodridge, IL

IDES
33 S State St.
10th Floor
Chicago, IL 60603-2802

Illinois Department of Labor
c/o Destiny Porter Asst. A.G.
100 W. Randolph St. 13th Flr.
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Tollway Authority
2700 Ogden Av.
Downers Grove, IL 60515

Insignia Stone
2200 Schoolhouse Rd.
New Lenox, IL 60451

Internal Revenue Service
ATTN: Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
ATTN: Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114

James Schmidt
P.O. Box 865
Huntley, IL 60142

```
James Schmidt
P.O. Box 865
Huntley, IL 60142


James Schmidt
Huntley, IL 60142



James Schmidt
P.O. Box 865
Huntley, IL 60142


James Schmidt
P.O. Box 865
Huntley, IL 60142


James Schmidt and Judith Schmidt
P.O. Box 865
Huntley, IL 60142


Jeff Jarvis
4509 Woodward Av.
Downers Grove, IL 60515


Jim Bishop Cabinets
PO Box 11424
Montgomery, AL 36111


Judith Schmidt
Huntley, IL 60142


Judith Schmidt
Huntley, IL 60142


Judith Schmidt
Huntley, IL 60142



Kadlec, Ken
135 Surey Dr.
Glen Ellyn, IL 60137
```

Khile, John & Ann
7029 Roberts Dr.
Woodridge, IL 60517


King, James
10756 Crestview Rd.
Countryside, IL 60525


Koziol, Thadeus & Linda
1388 President St.
Glendale Heights, IL 60139


Lansing Building Products
c/o Teller Levit and SilverTrust PC
11 East Adams St.
Chicago, IL 60603


Lelifeld, Mary & Richard
126 W. Harrison St.
Wheaton, IL 60187


Lequire, Judy
1037 Lenhertz Ave.
Aurora, IL


Loretta Augaitis
10705 Gigi Dr.
Orland Park, IL 60462


M&G Roofing


Mages & Price
707 Lake Cook Rd.  #314
Deerfield, IL 60015


Marnell Financial Services
183 Tubeway Dr.
Carol Stream, IL 60188


MC Construction
1822 S Wisconsin Ave
Berwyn, IL 60402

McCann Industries
250 E. North Frontage Rd.
Bolingbrook, IL 60440


Meador, Cheryl & Michael Tenn-Lynn
722 S. Hillside Ave.
Elmhurst, IL 60126


Michaels, Randall
520 Peacock Ct.
Naperville, IL 60565


Micheal Wagner and Sons
2321 S Foster Ave.
Wheeling, IL 60090


Midamerica Tile
1650 Howard St.
Elk Grove Village, IL 60007


Modaffs Concrete
c/o CCC
43 E. Jefferson, Suite 200
Naperville, IL 60540


Naperville Ready Mix
1805 High Grove Ln.
Naperville, IL 60540


National City Bank
401 Ogden Av.
Downers Grove, IL 60515


New Hillcrest Currency Exchange
1701 N. Larkin Blvd
Joliet, IL 60435


Nick Tancredi, Esq.
Two North Trans Am Plaza Dr.
Suite #250
Oad Brook Terrace, IL 60181


Nicor
PO Box 310
Aurora, IL 60507

Nolan, John & Sue
1922 Bending Oaks Ct.
Downers Grove, IL 60515


Norwood Concrete
11215 S. Naperville Rd.
Plainfield, IL 60585


Paul F. Conarty, Esq.
419 S. 2nd St.
Geneva, IL 60134


Pella Windows and Doors
2505 Enterprise Dr.
West Chicago, IL 60185


Peter D. Finocchiaro, Esq.
790 Estate Dr.  #150
Deerfield, IL 60015


Piekarz, Jodi & Frank
4408 Black Partridge Ln.
Lisle, IL 60532


Pinpoint Landholdings
1355 Warren Av.
Downers Grove, IL 60515


Pinpoint Landholdings
1355 Warren Av.
Downers Grove, IL 60515


Pitney Bowes
c/o Caine and Weiner
PO Box 5010
Woodland Hills, CA 91365


Pods
PO Box 31673
Tampa, FL 33631


Proton Computers
720 S. Main St.
Lombard, IL 60148

Putlack, Claire
1040 68th St.
Downers Grove, IL 60516


R.H. Donnelley
c/o Jack H. Rottner Law Office
PO Box 10417
Chicago, IL 60610


Reburg, Mark
3924 Forest
Downers Grove, IL 60515


Reveue Officer G. Blackwell
2001 Butterfield Rd.
5338 WSB
Downers Grove, IL 60515


Robert and Debbie McDavid
9 S. 148 Lansfield Av.
Downers Grove, IL 60516


Rouse, Daniel
6935 Williams Dr.
Woodridge, IL 60519


Sanesse, Sherri
830 S. Monteray Av.
Villa Park, IL 60181


Schaff Window and Door
18445 Thompson Ct.
Tinley Park, IL 60477


Schoonover, Chris & Jennifer
3937 Forest
Downers Grove, IL 60515


See Schd. E


Serchuk, Mike & Michelle
24552 S Edwin Dr.
Channahon, IL 60410

Service Can
Po Box 1593
Aurora, IL 60507-1593


Sherwinn Williams
Accounts Receivable
435 N. Bolingbrook Dr.
Bolingbrook, IL 60440


Sievert, Ann & Marcia Bottoms
214 W. Harrison
Wheaton, IL 60187


Sorenson, Paul
2928 N. Wood St.
Unit G
Chicago, IL 60657


Sprint
PO Box 8077
London, KY 40742


Stanley Company
30 W 711 Butterfield Rd.
Warrenville, IL 60555


Thayer, Cynthia & Jason
9501 Congress Park
Brookfield, IL 60513


Valley Insulation
PO Box 8543
Bartlett, IL 60103


VBA Electric/ Ned Vasquesz
2331 S. Hamlin
Chicago, IL 60623


West Suburban Currency Exchange
c/o Mages and Price
707 Lake Cook Rd., Suite 314
Deerfield, IL 60015

```
Will County States Atty.
PO Box 800
Joliet, IL 60434


Yorktown Inc.
100 Redco Ave.
Red Lion, PA 17356


Yuknis, Bob
15w740 82nd St.
Burr Ridge, IL 60527
```