# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
SCHMIDT QUALITY CONSTRUCTION, INC. §    Case No. 08-04458 SQU
§
                            Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

        Funds were disbursed in the following amounts:

        Payments made under an interim disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 08-04458 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | Exhibit A |
|---|---|---|---|---|---|---|---|
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | | | | Date Filed (f) or Converted (c): | 02/27/08 (f) | |
| | | | | | 341(a) Meeting Date: | 04/22/08 | |
| For Period Ending: 02/01/12 | | | | | Claims Bar Date: | 03/06/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Community Bank of Downers Grove- Acct.s #650001362 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Downers Grove National Bank Account #51004174 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Bank- Account #7233489389 | 0.00 | 0.00 | | 0.00 | FA |
| 4. National City Bank- 985903801 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit for 1001 Curtis St. Downers Grove | 5,950.00 | 5,950.00 | | 0.00 | FA |
| 6. Three digital cameras included in list of equipmen | 250.00 | 250.00 | | 0.00 | FA |
| 7. A/R | 26,936.23 | 26,936.23 | | 0.00 | FA |
| 8. Possible cause of action against former employee f | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Old customer files with names and addresses of pri | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Furniture, Fixtures, Machinery & Equipment | 76,470.00 | 76,470.00 | | 21,348.12 | FA |
| 11. See List Attached as to Schedule B-29 | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.08 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $109,606.23 | $109,606.23 | | $21,357.20 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims, prepare tax returns and file TFR

Initial Projected Date of Final Report (TFR): 12/31/09   Current Projected Date of Final Report (TFR): 12/31/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-04458 -SQU | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit B |
| | | | Account Number / CD #: | *******9705  BofA - Money Market Account | |
| Taxpayer ID No: | *******7417 | | | | |
| For Period Ending: | 02/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/08 | | Chicago Liquidators Services, Inc. | Proceeds of sale | | 10,682.21 | | 10,682.21 |
| | 7 | CHICAGO LIQUIDATORS SERVICES | Memo Amount:          21,348.12 | 1129-000 | | | |
| | | | Proceeds of sale | | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount:      (   6,981.91 ) | 3991-000 | | | |
| | | | Commissions | | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount:      (   3,684.00 ) | 3992-000 | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 10,682.43 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,682.52 |
| 02/17/09 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 8.32 | 10,674.20 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,674.28 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.81 | | 10,675.09 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.32 | | 10,676.41 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,676.67 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,676.94 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,677.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,677.48 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,677.74 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,678.00 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,678.27 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,678.54 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,678.80 |
| 02/09/10 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 7.93 | 10,670.87 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,671.12 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 10,671.40 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,671.66 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,671.93 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*          Page Subtotals          10,688.18          16.25

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-04458 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9705  BofA - Money Market Account |
| Taxpayer ID No: | *******7417 | | | |
| For Period Ending: | 02/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,672.20 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,672.46 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,672.74 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,673.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,673.26 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,673.53 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,673.80 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,674.07 |
| 02/07/11 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 9.05 | 10,665.02 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,665.10 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,665.19 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,665.27 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,665.36 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,665.45 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,665.53 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,665.63 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,665.72 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,665.81 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.59 | 10,652.22 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,652.31 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.13 | 10,639.18 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,639.27 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.12 | 10,626.15 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals     3.11     48.89

Ver: 16.05c

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 08-04458 -SQU |
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. |
| Taxpayer ID No: | *******7417 |
| For Period Ending: | 02/01/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9705  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 21,348.12 | COLUMN TOTALS | 10,691.29 / 65.14 / 10,626.15 |
| Memo Allocation Disbursements: | 10,665.91 | Less: Bank Transfers/CD's | 0.00 / 0.00 |
| | | Subtotal | 10,691.29 / 65.14 |
| Memo Allocation Net: | 10,682.21 | Less: Payments to Debtors | 0.00 |
| | | Net | 10,691.29 / 65.14 |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | 21,348.12 | TOTAL - ALL ACCOUNTS | NET DEPOSITS / NET DISBURSEMENTS / ACCOUNT BALANCE |
| Total Allocation Disbursements: | 10,665.91 | BofA - Money Market Account - ********9705 | 10,691.29 / 65.14 / 10,626.15 |
| Total Memo Allocation Net: | 10,682.21 | | 10,691.29 / 65.14 / 10,626.15 |
| | | | (Excludes Account Transfers) / (Excludes Payments To Debtors) / Total Funds On Hand |

           /s/    GINA B. KROL
Trustee's Signature: _____   Date: 02/01/12
           GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*                        Page Subtotals        0.00        0.00

Ver: 16.05c
LFORM24

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-04458 SQU
Case Name: SCHMIDT QUALITY CONSTRUCTION, INC.
Trustee Name: GINA B. KROL

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000053B | Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: George and Robert Eckdahl <B>(ADMINISTRA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Employment Security | $ | $ | $ |
| 000005B | Lequire, Judy | $ | $ | $ |
| 000021B | Illinois Department of Revenue | $ | $ | $ |
| 000022 | Loretta Augaitis | $ | $ | $ |
| 000032B | Putlack, Claire | $ | $ | $ |
| 000033B | Cheryl A. Meador | $ | $ | $ |
| 000036B | Kadlec, Ken | $ | $ | $ |
| 000039B | Seivert, Ann & Marcia Bottoms | $ | $ | $ |
| 000040 | Rouse, Daniel | $ | $ | $ |
| 000044B | Angulio, Frank & Maggie | $ | $ | $ |
| 000049B | Khile, John & Ann | $ | $ | $ |
| 000050 | Yuknis, Bob | $ | $ | $ |
| 000053C | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Company | $ | $ | $ |
| 000003 | Reburg, Mark | $ | $ | $ |
| 000004 | James R. Mata/Nigro & Westfall, P.C. | $ | $ | $ |
| 000005A | Lequire, Judy | $ | $ | $ |
| 000006 | Richard & Mary Leliefeld | $ | $ | $ |
| 000007 | Chambers, Thomas | $ | $ | $ |
| 000009 | Semproniu and Adina Iclozan | $ | $ | $ |
| 000010 | Auburn Supply Co. | $ | $ | $ |
| 000011 | Builders Aluminum | $ | $ | $ |
| 000012 | Baer Supply Co. | $ | $ | $ |
| 000013 | Lansing Building Products | $ | $ | $ |
| 000014 | Jim Bishop Cabinets | $ | $ | $ |
| 000015 | Schaff Window and Door | $ | $ | $ |
| 000016 | Naperville Ready Mix | $ | $ | $ |
| 000017 | Alexander Lumber Co. | $ | $ | $ |
| 000018 | Insignia Stone | $ | $ | $ |
| 000019 | Service Batavia Can | $ | $ | $ |
| 000020 | Pods Enterprises, Inc. | $ | $ | $ |
| 000023 | Alban, Nick & Cindy | $ | $ | $ |
| 000024 | Auburn Supply Co. | $ | $ | $ |
| 000025 | Koziol, Thadeus & Linda | $ | $ | $ |
| 000026 | Michaels, Randall | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | Pella Windows & Doors, Inc. | $ | $ | $ |
| 000028 | ABC Supply Company of Chicago | $ | $ | $ |
| 000029 | Grumbos, Gail and John | $ | $ | $ |
| 000030 | Mages & Price | $ | $ | $ |
| 000031 | Serchuk, Mike & Michelle | $ | $ | $ |
| 000032A | Putlack, Claire | $ | $ | $ |
| 000033A | Cheryl A. Meador | $ | $ | $ |
| 000034 | Economy Disposal | $ | $ | $ |
| 000035 | Iclozan, Semproniu | $ | $ | $ |
| 000036A | Kadlec, Ken | $ | $ | $ |
| 000037 | Schoonover, Chris & Jennifer | $ | $ | $ |
| 000038 | Hancock, Steve & Liz | $ | $ | $ |
| 000039A | Seivert, Ann & Marcia Bottoms | $ | $ | $ |
| 000041 | Dugo, Mike & Diane | $ | $ | $ |
| 000042 | Jason and Cynthia Thayer | $ | $ | $ |
| 000043 | Norwood Concrete | $ | $ | $ |
| 000044A | Angulio, Frank & Maggie | $ | $ | $ |
| 000046 | Belina, Greg and Kathy | $ | $ | $ |
| 000047 | George and Robert Eckdahl | $ | $ | $ |
| 000049A | Khile, John & Ann | $ | $ | $ |
| 000051 | Joseph Miller | $ | $ | $ |
| 000052 | Piekarz, Jodi & Frank | $ | $ | $ |
| 000053A | Internal Revenue Service | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Employment Security | $ | $ | $ |
| 000021A | Illinois Department of Revenue | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors      $_____

    Remaining Balance      $_____