## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                     §
                                           §
SCHMIDT QUALITY CONSTRUCTION,  §           Case No. 08-04458 SQU
INC.
                                           §
            Debtor(s)                      §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/02/2012 in Courtroom 4016,

DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2012               By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
SCHMIDT QUALITY CONSTRUCTION,  §        Case No. 08-04458 SQU
INC.
                                      §
        Debtor(s)                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                        $

and approved disbursements of                             $

leaving a balance on hand of[1]                           $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000053B | Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors                     $_____

Remaining Balance                                         $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: George and Robert Eckdahl <B>(ADMINISTRA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Employment Security | $ | $ | $ |
| 000005B | Lequire, Judy | $ | $ | $ |
| 000021B | Illinois Department of Revenue | $ | $ | $ |
| 000022 | Loretta Augaitis | $ | $ | $ |
| 000032B | Putlack, Claire | $ | $ | $ |
| 000033B | Cheryl A. Meador | $ | $ | $ |
| 000036B | Kadlec, Ken | $ | $ | $ |
| 000039B | Seivert, Ann & Marcia Bottoms | $ | $ | $ |
| 000040 | Rouse, Daniel | $ | $ | $ |
| 000044B | Angulio, Frank & Maggie | $ | $ | $ |
| 000049B | Khile, John & Ann | $ | $ | $ |
| 000050 | Yuknis, Bob | $ | $ | $ |
| 000053C | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Company | $ | $ | $ |
| 000003 | Reburg, Mark | $ | $ | $ |
| 000004 | James R. Mata/Nigro & Westfall, P.C. | $ | $ | $ |
| 000005A | Lequire, Judy | $ | $ | $ |
| 000006 | Richard & Mary Leliefeld | $ | $ | $ |
| 000007 | Chambers, Thomas | $ | $ | $ |
| 000009 | Semproniu and Adina Iclozan | $ | $ | $ |
| 000010 | Auburn Supply Co. | $ | $ | $ |
| 000011 | Builders Aluminum | $ | $ | $ |
| 000012 | Baer Supply Co. | $ | $ | $ |
| 000013 | Lansing Building Products | $ | $ | $ |
| 000014 | Jim Bishop Cabinets | $ | $ | $ |
| 000015 | Schaff Window and Door | $ | $ | $ |
| 000016 | Naperville Ready Mix | $ | $ | $ |
| 000017 | Alexander Lumber Co. | $ | $ | $ |
| 000018 | Insignia Stone | $ | $ | $ |
| 000019 | Service Batavia Can | $ | $ | $ |
| 000020 | Pods Enterprises, Inc. | $ | $ | $ |
| 000023 | Alban, Nick & Cindy | $ | $ | $ |
| 000024 | Auburn Supply Co. | $ | $ | $ |
| 000025 | Koziol, Thadeus & Linda | $ | $ | $ |
| 000026 | Michaels, Randall | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | Pella Windows & Doors, Inc. | $ | $ | $ |
| 000028 | ABC Supply Company of Chicago | $ | $ | $ |
| 000029 | Grumbos, Gail and John | $ | $ | $ |
| 000030 | Mages & Price | $ | $ | $ |
| 000031 | Serchuk, Mike & Michelle | $ | $ | $ |
| 000032A | Putlack, Claire | $ | $ | $ |
| 000033A | Cheryl A. Meador | $ | $ | $ |
| 000034 | Economy Disposal | $ | $ | $ |
| 000035 | Iclozan, Semproniu | $ | $ | $ |
| 000036A | Kadlec, Ken | $ | $ | $ |
| 000037 | Schoonover, Chris & Jennifer | $ | $ | $ |
| 000038 | Hancock, Steve & Liz | $ | $ | $ |
| 000039A | Seivert, Ann & Marcia Bottoms | $ | $ | $ |
| 000041 | Dugo, Mike & Diane | $ | $ | $ |
| 000042 | Jason and Cynthia Thayer | $ | $ | $ |
| 000043 | Norwood Concrete | $ | $ | $ |
| 000044A | Angulio, Frank & Maggie | $ | $ | $ |
| 000046 | Belina, Greg and Kathy | $ | $ | $ |
| 000047 | George and Robert Eckdahl | $ | $ | $ |
| 000049A | Khile, John & Ann | $ | $ | $ |
| 000051 | Joseph Miller | $ | $ | $ |
| 000052 | Piekarz, Jodi & Frank | $ | $ | $ |
| 000053A | Internal Revenue Service | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Employment Security | $ | $ | $ |
| 000021A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to subordinated unsecured creditors          $_____

Remaining Balance                                          $_____

Prepared By: /s/GINA B. KROL_____
                                                Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.