UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                              §
                                                    §
SCHMIDT QUALITY CONSTRUCTION,                       §    Case No. 08-04458 SQU
INC.
                                                    §
           Debtor(s)                                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF BANKRUPTCY COURT
      KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/02/2012 in Courtroom 4016,
      DuPage County Courthouse
      505 N. County Farm Rd.
      Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2012      By: CLERK OF BANKRUPTCY COURT


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SCHMIDT QUALITY CONSTRUCTION, INC. §  Case No. 08-04458 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 21,357.29 |
| and approved disbursements of | $ | 10,744.99 |
| leaving a balance on hand of[1] | $ | 10,612.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000053B | Internal Revenue Service | $ 303,376.40 | $ 303,376.40 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,612.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,885.73 | $ 0.00 | $ 2,885.73 |
| Other: International Sureties Ltd. | $ 9.05 | $ 9.05 | $ 0.00 |
| Other: George and Robert Eckdahl <B>(ADMINISTRA | $ 19,466.00 | $ 0.00 | $ 7,726.57 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 10,612.30 |
| Remaining Balance | $ | 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 280,922.89  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Employment Security | $ 75,839.14 | $ 0.00 | $ 0.00 |
| 000005B | Lequire, Judy | $ 2,425.00 | $ 0.00 | $ 0.00 |
| 000021B | Illinois Department of Revenue | $ 12,086.00 | $ 0.00 | $ 0.00 |
| 000022 | Loretta Augaitis | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 000032B | Putlack, Claire | $ 2,425.00 | $ 0.00 | $ 0.00 |
| 000033B | Cheryl A. Meador | $ 4,850.00 | $ 0.00 | $ 0.00 |
| 000036B | Kadlec, Ken | $ 2,425.00 | $ 0.00 | $ 0.00 |
| 000039B | Seivert, Ann & Marcia Bottoms | $ 2,425.00 | $ 0.00 | $ 0.00 |
| 000040 | Rouse, Daniel | $ 1,522.27 | $ 0.00 | $ 0.00 |
| 000044B | Angulio, Frank & Maggie | $ 2,425.00 | $ 0.00 | $ 0.00 |
| 000049B | Khile, John & Ann | $ 2,425.00 | $ 0.00 | $ 0.00 |
| 000050 | Yuknis, Bob | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 000053C | Internal Revenue Service | $ 169,875.48 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                              $            0.00

Remaining Balance                                                         $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Timely claims of general (unsecured) creditors totaling $ 1,190,081.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Company | $ 1,992.03 | $ 0.00 | $ 0.00 |
| 000003 | Reburg, Mark | $ 24,041.00 | $ 0.00 | $ 0.00 |
| 000004 | James R. Mata/Nigro & Westfall, P.C. | $ 4,989.97 | $ 0.00 | $ 0.00 |
| 000005A | Lequire, Judy | $ 47,575.00 | $ 0.00 | $ 0.00 |
| 000006 | Richard & Mary Leliefeld | $ 43,997.00 | $ 0.00 | $ 0.00 |
| 000007 | Chambers, Thomas | $ 45,844.00 | $ 0.00 | $ 0.00 |
| 000009 | Semproniu and Adina Iclozan | $ 179,200.00 | $ 0.00 | $ 0.00 |
| 000010 | Auburn Supply Co. | $ 16,973.46 | $ 0.00 | $ 0.00 |
| 000011 | Builders Aluminum | $ 2,758.24 | $ 0.00 | $ 0.00 |
| 000012 | Baer Supply Co. | $ 2,032.82 | $ 0.00 | $ 0.00 |
| 000013 | Lansing Building Products | $ 20,293.91 | $ 0.00 | $ 0.00 |
| 000014 | Jim Bishop Cabinets | $ 19,733.00 | $ 0.00 | $ 0.00 |
| 000015 | Schaff Window and Door | $ 6,630.88 | $ 0.00 | $ 0.00 |
| 000016 | Naperville Ready Mix | $ 1,710.90 | $ 0.00 | $ 0.00 |
| 000017 | Alexander Lumber Co. | $ 5,799.13 | $ 0.00 | $ 0.00 |
| 000018 | Insignia Stone | $ 3,119.90 | $ 0.00 | $ 0.00 |
| 000019 | Service Batavia Can | $ 1,175.25 | $ 0.00 | $ 0.00 |
| 000020 | Pods Enterprises, Inc. | $ 528.00 | $ 0.00 | $ 0.00 |
| 000023 | Alban, Nick & Cindy | $ 10,607.00 | $ 0.00 | $ 0.00 |
| 000024 | Auburn Supply Co. | $ 14,512.23 | $ 0.00 | $ 0.00 |
| 000025 | Koziol, Thadeus & Linda | $ 32,432.52 | $ 0.00 | $ 0.00 |
| 000026 | Michaels, Randall | $ 34,280.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | Pella Windows & Doors, Inc. | $ 8,687.42 | $ 0.00 | $ 0.00 |
| 000028 | ABC Supply Company of Chicago | $ 17,145.92 | $ 0.00 | $ 0.00 |
| 000029 | Grumbos, Gail and John | $ 20,000.00 | $ 0.00 | $ 0.00 |
| 000030 | Mages & Price | $ 17,429.29 | $ 0.00 | $ 0.00 |
| 000031 | Serchuk, Mike & Michelle | $ 19,765.00 | $ 0.00 | $ 0.00 |
| 000032A | Putlack, Claire | $ 9,797.00 | $ 0.00 | $ 0.00 |
| 000033A | Cheryl A. Meador | $ 138,029.00 | $ 0.00 | $ 0.00 |
| 000034 | Economy Disposal | $ 5,275.00 | $ 0.00 | $ 0.00 |
| 000035 | Iclozan, Semproniu | $ 1,737.60 | $ 0.00 | $ 0.00 |
| 000036A | Kadlec, Ken | $ 10,692.34 | $ 0.00 | $ 0.00 |
| 000037 | Schoonover, Chris & Jennifer | $ 22,183.00 | $ 0.00 | $ 0.00 |
| 000038 | Hancock, Steve & Liz | $ 5,633.81 | $ 0.00 | $ 0.00 |
| 000039A | Seivert, Ann & Marcia Bottoms | $ 32,295.00 | $ 0.00 | $ 0.00 |
| 000041 | Dugo, Mike & Diane | $ 51,273.00 | $ 0.00 | $ 0.00 |
| 000042 | Jason and Cynthia Thayer | $ 69,731.72 | $ 0.00 | $ 0.00 |
| 000043 | Norwood Concrete | $ 11,220.00 | $ 0.00 | $ 0.00 |
| 000044A | Angulio, Frank & Maggie | $ 24,908.20 | $ 0.00 | $ 0.00 |
| 000046 | Belina, Greg and Kathy | $ 125,000.00 | $ 0.00 | $ 0.00 |
| 000047 | George and Robert Eckdahl | $ 27,594.54 | $ 0.00 | $ 0.00 |
| 000049A | Khile, John & Ann | $ 1,508.79 | $ 0.00 | $ 0.00 |
| 000051 | Joseph Miller | $ 18,670.00 | $ 0.00 | $ 0.00 |
| 000052 | Piekarz, Jodi & Frank | $ 9,875.24 | $ 0.00 | $ 0.00 |
| 000053A | Internal Revenue Service | $ 21,402.97 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                    $_____0.00

    Remaining Balance      $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 3,978.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Employment Security | $ 1,390.00 | $ 0.00 | $ 0.00 |
| 000021A | Illinois Department of Revenue | $ 2,588.00 | $ 0.00 | $ 0.00 |

    Total to be paid to subordinated unsecured creditors      $ 0.00

    Remaining Balance      $ 0.00

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 6)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-04458-CD
Schmidt Quality Construction, Inc.                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 4              Date Rcvd: Feb 21, 2012
                              Form ID: pdf006           Total Noticed: 132

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2012.
```
db         +Schmidt Quality Construction, Inc.,    P.O. Box 685,    Huntley, IL 60142-0685
11984752    A T & T,    P.O. Box 8100,    Aurora, IL 60507-8100
11984754   +ABT Apliances,    c/o Global Payment Services,    PO Box 661038,    Chicago, IL 60666-1038
11984760   +AT&T Wireless,    P.O. 8229,    Aurora, IL 60572-8229
11984755   +Alban, Nick & Cindy,    5234 Lyman,    Downers Grove, IL 60515-4948
11984756   +Alexander Lumber Co.,    100 Barney Dr.,    Joliet, IL 60435-6499
11984757   +All Tile,   c/o Scott and Goldman,    590 W. Crossville Rd., Ste 104,    Roswell, GA 30075-7512
11984758    Angulio, Frank & Maggie,    Law Offices of Nicola S Tancredi,
             C/O Two North Transam Plaza Drive Suite,    Oakbrook, Terrance IL 60181
11984759   +Arc Disposal and Recycling,    c/o NCO Financail Systems,    507 Prudential Rd.,
             Horsham, PA 19044-2308
11984761   +Attorney Herb Bell,    P.O. Box 206,    Downers Grove, IL 60515-0206
12962067   +Auburn Supply Co.,    c/o Teller, Levit & Silvertrust, P.C.,    11 East Adams - Suite 800,
             Chicago, IL 60603-6324
11984763   +Belina, Greg and Kathy,    563 Inverness,    Lisle, IL 60532-2478
11984764    Benegas Enterprises,    13205 Forest View,    Alsip, IL 60445
11984765   +Builders Aluminum,    PO Box 498,    Warrenville, IL 60555-0498
11984766   +Cavagnetto, Stan & Jackie,    3 Robert sty,    North Aurora, IL 60542-1640
12380654   +Chambers, Thomas,    1102 East Evergreen,    Wheaton, IL 60187-5789
11984767   +Chase Payment Tech,    5251 Westheimer Rd.,    6th Floor,    Houston, TX 77056-5416
13539785   +Cheryl A. Meador,    Michael Tenn-Lyn,    722 Hillside Avenue,    Elmhurst, IL 60126-4249
11984768    Chicago Trubune,    c/o Beihl and Beihl Inc.,    Carol Stream, IL 60188
11984769   +Claiborne, Scott & Katrina,    5704 Washington,    Downers Grove, IL 60516-1323
11984771   +Comcast,    1711 E. Wilson St.,    Batavia, IL 60510-1470
11984773   +Community Bank of Downers Grove,    1111 Warren Av.,    Downers Grove, IL 60515-3586
11984774   +Cooley, Mary,    1657 N. Fairfield Ave. #1r,    Chicago, IL 60647-5264
11984775   +Country Companies Insurance,    PO Box 2100,    Bloomington, IL 61702-2100
11984779   +DE Thompson Excavating,    508 Twin Rail Dr.,    PO Box 452,    Minooka, IL 60447-0452
11984776   +Daltile,    c/o TRS Recovery Systems,    PO Box 60022,    City Of Industry, CA 91716-0022
11984777   +Dan Nelson Law Offices,    129 W Willow,    Wheaton, IL 60187-5236
11984778   +Dar Enterprises,    c/o David R. Watschke,    110 Schiller, ste 205,    Elmhurst, IL 60126-2822
11984780   +Doors By Russ,    11941 S. Aero Dr.,    Plainfield, IL 60585-9757
11984781   +Downers Grove National Bank,    5140 Main St.,    Downers Grove, IL 60515-4610
11984782   +Dugo, Mike & Diane,    190 W. Hickory,    Lombard, IL 60148-2532
11984783   +Economy Disposal,    POB 9335,    Lombard, IL 60148-9335
11984784   +Edward Hines Lumber Co.,    1000 Corporate Dr.,    Buffalo Grove, IL 60089-4550
11984785   +Ericksons Flooring and Supply,    c/o Hutchinson, Warren and Assoc.,    39393 Van Dyke, Suite 103,
             Sterling Heights, MI 48313-4636
11984786   +Everze, Kim,    1531 Johnson Dr.,    #733,    Buffalo Grove, IL 60089-6987
11984787   +Excell Waterproofing,    6662 W. 99th St.,    Chicago Ridge, IL 60415-1261
11984788   +FedEx,    c/o OCI Collection Services,    PO Box 965,    Brookfield, WI 53008-0965
11984789   +Fifth Third Bank,    PO Box 630900,    Cincinnati, OH 45263-0900
11984790    Figiera, Alfredo,    436 S. Sawyer,    Chicago, IL 60652
11984791   +Frontline Fasteners,    166 W. Washington, Suite 300,    Chicago, IL 60602-2390
12226359   +Frontline Fasteners, LLC,    c/o Messer & Stilp Ltd,    166 W Washington Street Ste 300,
             Chicago, Illinois 60602-2390
13612091    GEorge & Robert Eckdahl,    C/o Herbert Bell Attorney,    PO Box 206,    Downers Grove IL 60515-0206
11984792   +Galven, Iighia,    503 Danny Dr.,    Shorewood, IL 60404-9709
11984793   +George and Robert Eckdahl,    c/o Attorney Herb Bell,    P.O. Box 206,
             Downers Grove, IL 60515-0206
11984795   +Gosewisch, Lawrence,    1406 Ridgewood Circle,    Downers Grove, IL 60516-1787
11984796   +Grumbos, Gail and John,    21W674 Monticello Rd.,    Glen Ellyn, IL 60137-6441
11984797    Hancock, Steve & Liz,    6245 Puffer Rd.,    Downers Grove, IL 60516-1608
11984798   +Hanschman, Don,    P.O. Box 507,    Addison, IL 60101-0507
11984799   +Haskell, Dennis,    5721 Aubrey,    Downers Grove, IL 60516-1120
11984800    Home Pages Directory,    c/o McCarthy, Burgess, & Wolff,    26000 Cannon Rd,
             Cleveland, OH 44146-1807
11984804   +IDES,    33 S State St.,    10th Floor,    Chicago, IL 60603-2803
11984806   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
             100 W. Randolph Street,    Chicago, IL 60602)
11984801   +Ice Miller LLP,    One American Square,    Suite 3100,    Indianapolis, IN 46282-0033
11984802   +Iclozan, Semproniu,    8341 Mending Wall Dr.,    Woodridge, IL 60517-4578
12043412   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808
11984805   +Illinois Department of Labor,    c/o Destiny Porter Asst. A.G.,    100 W. Randolph St. 13th Flr.,
             Chicago, IL 60601-3397
11984807   +Illinois Tollway Authority,    2700 Ogden Av.,    Downers Grove, IL 60515-1703
11984808    Insignia Stone,    2200 Schoolhouse Rd.,    New Lenox, IL 60451
12209396   +James R. Mata/Nigro & Westfall, P.C.,    Attorney for McCann Industries, Inc.,
             1793 Bloomingdale Road,    Glendale Hts., IL 60139-3800
11984811   +James Schmidt,    P.O. Box 865,    Huntley, IL 60142-0865
11984813    James Schmidt,    Huntley, IL 60142
11984816   +James Schmidt and Judith Schmidt,    P.O. Box 865,    Huntley, IL 60142-0865
```

```
District/off: 0752-1          User: rgreen              Page 2 of 4                  Date Rcvd: Feb 21, 2012
                              Form ID: pdf006           Total Noticed: 132


13605865     +Jason and Cynthia Thayer,   4172 Dubois Avenue,    Brookfield, IL 60513-1810
11984817     +Jeff Jarvis,   4509 Woodward Av.,    Downers Grove, IL 60515-2634
11984818     +Jim Bishop Cabinets,   PO Box 11424,    Montgomery, AL 36111-0424
12174266      Joseph Miller,   JGB Enterprise,    14936 Sawgrass Lane,   Homer Glen, IL  60491-5936
11984819      Judith Schmidt,   Huntley, IL 60142
11984822     +Kadlec, Ken,   135 Surey Dr.,    Glen Ellyn, IL 60137-6150
11984823     +Khile, John & Ann,   7029 Roberts Dr.,    Woodridge, IL 60517-1908
11984824     +King, James,   10756 Crestview Rd.,    Countryside, IL 60525-4803
11984825     +Koziol, Thadeus & Linda,    1388 President St.,   Glendale Heights, IL 60139-3618
11984826     +Lansing Building Products,    c/o Teller Levit and SilverTrust PC,   11 East Adams St.,
               Chicago, IL 60603-6301
11984827     +Lelifeld, Mary & Richard,    126 W. Harrison St.,   Wheaton, IL 60187-4105
11984828     +Lequire, Judy,   1037 Lenhertz Ave.,    Aurora, IL 60505-2324
11984829     +Loretta Augaitis,   14424 Heather Ln,    Homer Glen, IL 60491-7822
11984833     +MC Construction,   1822 S Wisconsin Ave,    Berwyn, IL 60402-1601
11984831     +Mages & Price,   707 Lake Cook Rd. #314,    Deerfield, IL 60015-4933
11984832     +Marnell Financial Services,    183 Tubeway Dr.,   Carol Stream, IL 60188-2249
13606934     +Mary Josephine Tancredi Trust, Maggie Tancredi, Su,   c/o Law Office of Nicola S. Tancredi,
               Two North Transam Plaza,    Oakbrook Terrace, IL 60181-4823
11984834     +McCann Industries,   250 E. North Frontage Rd.,    Bolingbrook, IL 60440-4953
11984835     +Meador, Cheryl & Michael Tenn-Lynn,    722 S. Hillside Ave.,   Elmhurst, IL 60126-4249
11984836     +Michaels, Randall,   520 Peacock Ct.,    Naperville, IL 60565-4164
11984837     +Micheal Wagner and Sons,    2321 S Foster Ave.,   Wheeling, IL 60090-6510
11984838     +Midamerica Tile,   1650 Howard St.,    Elk Grove Village, IL 60007-2226
11984839     +Modaffs Concrete,   c/o CCC,   43 E. Jefferson, Suite 200,    Naperville, IL 60540-8403
12173525     +Mr. James Schmidt,   c/o John Pcolinski,    Guererd Kalina & Butkus,   100 West Roosevelt Road,
               Suite A,   Wheaton, IL 60187-5260
11984840     +Naperville Ready Mix,    1805 High Grove Ln.,   Naperville, IL 60540-3987
11984841     +National City Bank,   401 Ogden Av.,    Downers Grove, IL 60515-3066
11984842     +New Hillcrest Currency Exchange,    1701 N. Larkin Blvd,   Joliet, IL 60403-3535
11984843     +Nick Tancredi, Esq.,   Two North Trans Am Plaza Dr.,    Suite #250,
               Oad Brook Terrace, IL 60181-4811
11984845     +Nolan, John & Sue,   1922 Bending Oaks Ct.,    Downers Grove, IL 60515-4464
11984846      Norwood Concrete,   11215 S. Naperville Rd.,    Plainfield, IL 60585
13080853     +Pella Windows & Doors, Inc.,    2505 Enterprise Circle,   West Chicago, IL 60185-9605
11984848     +Pella Windows and Doors,    2505 Enterprise Dr.,   West Chicago, IL 60185-9605
11984849     +Peter D. Finocchiaro, Esq.,    790 Estate Dr. #150,   Deerfield, IL 60015-4881
11984850     +Piekarz, Jodi & Frank,    4408 Black Partridge Ln.,   Lisle, IL 60532-1035
11984851     +Pinpoint Landholdings,    1355 Warren Av.,   Downers Grove, IL 60515-3442
11984853     +Pitney Bowes,   c/o Caine and Weiner,    PO Box 5010,   Woodland Hills, CA 91365-5010
11984854     +Pods Enterprises, Inc.,    Attn: Risk Management Dept,   PO Box 31673,   Tampa, FL 33631-3673
11984855     +Proton Computers,   720 S. Main St.,    Lombard, IL 60148-3344
11984856     +Putlack, Claire,   1040 68th St.,    Downers Grove, IL 60516-3438
11984857     +R.H. Donnelley,   c/o Jack H. Rottner Law Office,    PO Box 10417,   Chicago, IL 60610-0417
11984858     +Reburg, Mark,   3924 Forest,   Downers Grove, IL 60515-2055
11984859      Reveue Officer G. Blackwell,    2001 Butterfield Rd.,   5338 WSB,   Downers Grove, IL 60515
12177418     +Richard & Mary Leliefeld,    c/o Ms. Mary A. Fitzpatrick,   Shearer & Agrella,   4N701 School Road,
               St. Charles, IL 60175-6508
11984860     +Robert and Debbie McDavid,    9 S. 148 Lansfield Av.,   Downers Grove, IL 60516-4541
11984861     +Rouse, Daniel,   6935 Williams Dr.,    Woodridge, IL 60517-1902
11984862      Sanesse, Sherri,   830 S. Monteray Av.,    Villa Park, IL 60181
11984863     +Schaff Window and Door,    18445 Thompson Ct.,   Tinley Park, IL 60477-6743
11984864      Schoonover, Chris & Jennifer,    3937 Forest,   Downers Grove, IL 60515-2054
11984869     +Seivert, Ann & Marcia Bottoms,    214 W. Harrison,   Wheaton, IL 60187-4107
12694432     +Semproniu and Adina Iclozan,    c/o Matthew c. Luzadder,   333 W Wacker Drive Suite 2600,
               Chicago, IL 60606-2207
11984866     +Serchuk, Mike & Michelle,    24552 S Edwin Dr.,   Channahon, IL 60410-8656
11984867     +Service Batavia Can,   1444 N Farnsworth Ave Ste 117,    Aurora, IL 60505-1858
11984868     +Sherwinn Williams,   Accounts Receivable,    435 N. Bolingbrook Dr.,   Bolingbrook, IL 60440-1954
11984870     +Sorenson, Paul,   2928 N. Wood St.,    Unit G,   Chicago, IL 60657-4093
11984871     +Sprint,   PO Box 8077,   London, KY 40742-8077
11984872      Stanley Company,   30 W 711 Butterfield Rd.,    Warrenville, IL 60555
11984873     +Thayer, Cynthia & Jason,    9501 Congress Park,   Brookfield, IL 60513-2211
11984875     +VBA Electric/ Ned Vasquesz,    2331 S. Hamlin,   Chicago, IL 60623-3023
11984874     +Valley Insulation,   PO Box 8543,    Bartlett, IL 60103-8543
11984876     +West Suburban Currency Exchange,    c/o Mages and Price,   707 Lake Cook Rd., Suite 314,
               Deerfield, IL 60015-4933
11984877     +Will County States Atty.,    PO Box 800,   Joliet, IL 60434-0800
11984878    #+Yorktown Inc.,   100 Redco Ave.,    Red Lion, PA 17356-1424
11984879     +Yuknis, Bob,   15w740 82nd St.,    Burr Ridge, IL 60527-7906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11984753     +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2012 06:49:12      ABC Supply Company of Chicago,
               c/o ABC Supply Co.,   One ABC Pkwy.,   Beloit, WI 53511-4466
11984759     +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 22 2012 06:45:29
               Arc Disposal and Recycling,   c/o NCO Financail Systems,   507 Prudential Rd.,
               Horsham, PA 19044-2308
11984762      E-mail/Text: rkeck@wurthbaersupply.com Feb 22 2012 06:44:59      Baer Supply Co.,
               909 Forest Edge Dr.,   Vernon Hills, IL 60061-3149
```

```
District/off: 0752-1          User: rgreen              Page 3 of 4               Date Rcvd: Feb 21, 2012
                              Form ID: pdf006           Total Noticed: 132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
11984770     +E-mail/Text: legalcollections@comed.com Feb 22 2012 06:21:21     Com Ed,   Bill Payment Center,
              P.O. Box 87522,    Chicago, IL 60680-0522
11984772     +E-mail/Text: legalcollections@comed.com Feb 22 2012 06:21:21     ComEd,   Claims Dept, 4th Floor,
              3 Lincoln Center,    Oakbrook Terrace, IL 60181-4204
12036554     +E-mail/Text: legalcollections@comed.com Feb 22 2012 06:21:21     ComEd Company,
              Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
11984809      E-mail/Text: cio.bncmail@irs.gov Feb 22 2012 06:17:30     Internal Revenue Service,
              ATTN: Centralized Insolvency,    PO Box 21126,   Philadelphia, PA 19114
11984844     +E-mail/Text: bankrup@nicor.com Feb 22 2012 06:19:26     Nicor,   PO Box 310,
              Aurora, IL 60507-0310
                                                                                             TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13612134      GEorge and Robert Eckdahl
11984830      M&G Roofing
11984865      See Schd. E
12045135*    +ComEd Company,    Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
13612151*     George and Robert Eckdahl,    c/o Herbert Bell, Attorney,    PO Box 206,
              Downers Grove IL 60515-0206
11984794*    +George and Robert Eckdahl,    c/o Attorney Herb Bell,   P.O. Box 206,
              Downers Grove, IL 60515-0206
11984810*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,    ATTN: Centralized Insolvency,
              PO Box 21126,    Philadelphia, PA 19114)
11984803*    +Iclozan, Semproniu,    8341 Mending Wall Dr.,   Woodridge, IL 60517-4578
11984812*    +James Schmidt,    P.O. Box 865,   Huntley, IL 60142-0865
11984814*    +James Schmidt,    P.O. Box 865,   Huntley, IL 60142-0865
11984815*    +James Schmidt,    P.O. Box 865,   Huntley, IL 60142-0865
11984820*     Judith Schmidt,    Huntley, IL 60142
11984821*     Judith Schmidt,    Huntley, IL 60142
11984852*    +Pinpoint Landholdings,    1355 Warren Av.,   Downers Grove, IL 60515-3442
11984847    ##+Paul F. Conarty, Esq.,    419 S. 2nd St.,   Geneva, IL 60134-2716
                                                                                  TOTALS: 3, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: rgreen                Page 4 of 4               Date Rcvd: Feb 21, 2012
                              Form ID: pdf006             Total Noticed: 132
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2012 at the address(es) listed below:

              Antonio DeBlasio    on behalf of Creditor Cheryl Meador deblasio@deblasiolawgroup.com,
               gower@deblasiolawgroup.com
              August A Pilati    on behalf of Creditor Cheryl Meador apilati@aapltdlaw.com,
               pmitchell@aapltdlaw.com;kfedinets@aapltdlaw.com
              Gina B Krol    on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Kent A Gaertner    on behalf of Debtor  Schmidt Quality Construction, Inc.
               kgaertner@springerbrown.com,  kgaertner@springerbrown.com;marigonzo@springerbrown.com
              Matthew Luzadder    on behalf of Creditor Semproniu Iclozan mluzadder@kelleydrye.com,
               BankruptcyDepartment2@KelleyDrye.com;kkleist@kelleydrye.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard L Hirsh    on behalf of Creditor  George and Robert Eckdahl richala@sbcglobal.net
              Thomas R Hitchcock     on behalf of Creditor Brian Dick josefina@financialrelief.com,
               ana@financialrelief.com
                                                                                              TOTAL: 9