UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHMIDT QUALITY CONSTRUCTION, INC. | § | Case No. 08-04458 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | EDWARD HINES LUMBER CO. | | | | | |
| 000053B | INTERNAL REVENUE SERVICE | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| GEORGE AND ROBERT ECKDAHL | | | | | |
| CHICAGO LIQUIDATORS SERVICES, INC. | | | | | |
| CHICAGO LIQUIDATORS SERVICES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alfredo Figiera | | | | | |
| | Chris & Jennifer Schoonover | | | | | |
| | Cynthia & Jason Thayer | | | | | |
| | Dan Hanschman | | | | | |
| | Dennis Haskell | | | | | |
| | Gail & John Grumbos | | | | | |
| | Greg & Cathy Belina | | | | | |
| | IRS | | | | | |
| | Illinois Department of Labor | | | | | |
| | James King | | | | | |
| | Jeff Jarvis | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jodi & Frank Piekarz | | | | | |
| | John & Sue Nolan | | | | | |
| | Kim Everze | | | | | |
| | Lawrence Goswisch | | | | | |
| | Lighia Galvin | | | | | |
| | Mark Reburg | | | | | |
| | Mary & Richard Lelifield | | | | | |
| | Mary Cooley | | | | | |
| | Mike & Diane Dugo | | | | | |
| | Mike & Michelle Serchuck | | | | | |
| | Nick & Cindy Alban | | | | | |
| | Paul Sorenson | | | | | |
| | Randall Michaels | | | | | |
| | Robert & Debbie McDavid | | | | | |
| | Scott & Katrina Claiborne | | | | | |
| | Semproniu Iclozan | | | | | |
| | Sherri Sansesse | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stan & Jackie Cavagnetto | | | | | |
| | Steve & Liz Hancock | | | | | |
| | Thadeus & Linda Koziol | | | | | |
| 000044B | ANGULIO, FRANK & MAGGIE | | | | | |
| 000033B | CHERYL A. MEADOR | | | | | |
| 000036B | KADLEC, KEN | | | | | |
| 000049B | KHILE, JOHN & ANN | | | | | |
| 000005B | LEQUIRE, JUDY | | | | | |
| 000022 | LORETTA AUGAITIS | | | | | |
| 000045B | MARY JOSEPHINE TANCREDI TRUST, MAGG | | | | | |
| 000032B | PUTLACK, CLAIRE | | | | | |
| 000040 | ROUSE, DANIEL | | | | | |
| 000039B | SEIVERT, ANN & MARCIA BOTTOMS | | | | | |
| 000050 | YUKNIS, BOB | | | | | |
| 000002B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000053C | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABT Appliances | | | | | |
| | ARC Disposal | | | | | |
| | AT&T | | | | | |
| | AT&T Wireless | | | | | |
| | All Tile | | | | | |
| | Benegas Enterprises | | | | | |
| | Chase Payment Tech | | | | | |
| | Chicago Tribune | | | | | |
| | ComEd | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast | | | | | |
| | Community Bank of Downers Grove | | | | | |
| | Country Companies Insurance | | | | | |
| | DE Thompson Excavating | | | | | |
| | Daltile | | | | | |
| | Dan Nelson | | | | | |
| | Dar Enterprises | | | | | |
| | Doors by Russ | | | | | |
| | Downers Grove National Bank | | | | | |
| | Edward Hines Lumber | | | | | |
| | Ericksons Flooring & Supply | | | | | |
| | Excell Waterproofing | | | | | |
| | Fed ex | | | | | |
| | Fifth Third Bank | | | | | |
| | Frontline Fasteners | | | | | |
| | Home Pages Directory | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Tollway Authority | | | | | |
| | M&G Roofing | | | | | |
| | MC Construction | | | | | |
| | Marnell Financial Services | | | | | |
| | Michael Wagner & Sons | | | | | |
| | Midamerica Tile | | | | | |
| | Modaffs Concrete | | | | | |
| | National City Bank | | | | | |
| | New Hillcrest Currency Exchange | | | | | |
| | Nicor | | | | | |
| | Pinpoint Landholdings | | | | | |
| | Pitney Bowes | | | | | |
| | Proton Computers | | | | | |
| | RH Donnelly | | | | | |
| | Sherwin Williams | | | | | |
| | Sprint | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stanley Company | | | | | |
| | VBA Electric | | | | | |
| | Valley Insulation | | | | | |
| | West Suburban Currency Exchange | | | | | |
| | Will County States Attorney | | | | | |
| | Yorktown Inc. | | | | | |
| 000028 | ABC SUPPLY COMPANY OF CHICAGO | | | | | |
| 000023 | ALBAN, NICK & CINDY | | | | | |
| 000017 | ALEXANDER LUMBER CO. | | | | | |
| 000044A | ANGULIO, FRANK & MAGGIE | | | | | |
| 000010 | AUBURN SUPPLY CO. | | | | | |
| 000024 | AUBURN SUPPLY CO. | | | | | |
| 000012 | BAER SUPPLY CO. | | | | | |
| 000046 | BELINA, GREG AND KATHY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | BUILDERS ALUMINUM | | | | | |
| 000007 | CHAMBERS, THOMAS | | | | | |
| 000033A | CHERYL A. MEADOR | | | | | |
| 000001 | COMED COMPANY | | | | | |
| 000041 | DUGO, MIKE & DIANE | | | | | |
| 000034 | ECONOMY DISPOSAL | | | | | |
| 000047 | GEORGE AND ROBERT ECKDAHL | | | | | |
| 000029 | GRUMBOS, GAIL AND JOHN | | | | | |
| 000038 | HANCOCK, STEVE & LIZ | | | | | |
| 000035 | ICLOZAN, SEMPRONIU | | | | | |
| 000018 | INSIGNIA STONE | | | | | |
| 000053A | INTERNAL REVENUE SERVICE | | | | | |
| 000004 | JAMES R. MATA/NIGRO & WESTFALL, P.C | | | | | |
| 000042 | JASON AND CYNTHIA THAYER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | JIM BISHOP CABINETS | | | | | |
| 000051 | JOSEPH MILLER | | | | | |
| 000036A | KADLEC, KEN | | | | | |
| 000049A | KHILE, JOHN & ANN | | | | | |
| 000013 | LANSING BUILDING PRODUCTS | | | | | |
| 000005A | LEQUIRE, JUDY | | | | | |
| 000030 | MAGES & PRICE | | | | | |
| 000045A | MARY JOSEPHINE TANCREDI TRUST, MAGG | | | | | |
| 000026 | MICHAELS, RANDALL | | | | | |
| 000016 | NAPERVILLE READY MIX | | | | | |
| 000043 | NORWOOD CONCRETE | | | | | |
| 000027 | PELLA WINDOWS & DOORS, INC. | | | | | |
| 000052 | PIEKARZ, JODI & FRANK | | | | | |
| 000020 | PODS ENTERPRISES, INC. | | | | | |
| 000032A | PUTLACK, CLAIRE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | REBURG, MARK | | | | | |
| 000006 | RICHARD & MARY LELIEFELD | | | | | |
| 000015 | SCHAFF WINDOW AND DOOR | | | | | |
| 000037 | SCHOONOVER, CHRIS & JENNIFER | | | | | |
| 000039A | SEIVERT, ANN & MARCIA BOTTOMS | | | | | |
| 000009 | SEMPRONIU AND ADINA ICLOZAN | | | | | |
| 000031 | SERCHUK, MIKE & MICHELLE | | | | | |
| 000019 | SERVICE BATAVIA CAN | | | | | |
| 000025 | KOZIOL, THADEUS & LINDA | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000021A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 08-04458  Doc 63  Filed 06/12/12  Entered 06/12/12 11:42:42  Desc Main
Document      Page 15 of 20

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 08-04458 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | | | | Date Filed (f) or Converted (c): | 02/27/08 (f) |
| | | | | | 341(a) Meeting Date: | 04/22/08 |
| For Period Ending: 06/12/12 | | | | | Claims Bar Date: | 03/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Community Bank of Downers Grove- Acct.s #650001362 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Downers Grove National Bank Account #51004174 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Bank- Account #7233489389 | 0.00 | 0.00 | | 0.00 | FA |
| 4. National City Bank- 985903801 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit for 1001 Curtis St. Downers Grove | 5,950.00 | 5,950.00 | | 0.00 | FA |
| 6. Three digital cameras included in list of equipmen | 250.00 | 250.00 | | 0.00 | FA |
| 7. A/R | 26,936.23 | 26,936.23 | | 0.00 | FA |
| 8. Possible cause of action against former employee f | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Old customer files with names and addresses of pri | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Furniture, Fixtures, Machinery & Equipment | 76,470.00 | 76,470.00 | | 21,348.12 | FA |
| 11. See List Attached as to Schedule B-29 | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.31 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $109,606.23 | $109,606.23 | | $21,357.43 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims, prepare tax returns and file TFR

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-04458 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9705  BofA - Money Market Account |
| Taxpayer ID No: | *******7417 | | | |
| For Period Ending: | 06/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/08 | | Chicago Liquidators Services, Inc. | Proceeds of sale | | 10,682.21 | | 10,682.21 |
| | 7 | CHICAGO LIQUIDATORS SERVICES | Memo Amount:        21,348.12 | 1129-000 | | | |
| | | | Proceeds of sale | | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount:     (   6,981.91 ) | 3991-000 | | | |
| | | | Commissions | | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount:     (   3,684.00 ) | 3992-000 | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 10,682.43 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,682.52 |
| 02/17/09 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 8.32 | 10,674.20 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,674.28 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.81 | | 10,675.09 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.32 | | 10,676.41 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,676.67 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,676.94 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,677.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,677.48 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,677.74 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,678.00 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,678.27 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,678.54 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,678.80 |
| 02/09/10 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 7.93 | 10,670.87 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,671.12 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 10,671.40 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,671.66 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,671.93 |

Page Subtotals    10,688.18    16.25

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 16.06b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-04458 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9705  BofA - Money Market Account |
| Taxpayer ID No: | *******7417 | | | |
| For Period Ending: | 06/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,672.20 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,672.46 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 10,672.74 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,673.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,673.26 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,673.53 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,673.80 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,674.07 |
| 02/07/11 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 9.05 | 10,665.02 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,665.10 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,665.19 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,665.27 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,665.36 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,665.45 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,665.53 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 10,665.63 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,665.72 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,665.81 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.59 | 10,652.22 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,652.31 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.13 | 10,639.18 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,639.27 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.12 | 10,626.15 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,626.24 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.94 | 10,612.30 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,612.38 |
| 03/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 10,612.44 |
| 03/22/12 | | Transfer to Acct #*******4289 | Final Posting Transfer | 9999-000 | | 10,612.44 | 0.00 |

Page Subtotals                3.34        10,675.27

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Ver: 16.06b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-04458 -SQU | |
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | |
| Taxpayer ID No: | *******7417 | |
| For Period Ending: | 06/12/12 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9705 BofA - Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 21,348.12 | COLUMN TOTALS | 10,691.52 | 10,691.52 | 0.00
| Memo Allocation Disbursements: | 10,665.91 | Less: Bank Transfers/CD's | 0.00 | 10,612.44 |
| | | Subtotal | 10,691.52 | 79.08 |
| Memo Allocation Net: | 10,682.21 | Less: Payments to Debtors | | 0.00 |
| | | Net | 10,691.52 | 79.08 |

Page Subtotals  0.00  0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 08-04458 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4289  BofA - Checking Account |
| Taxpayer ID No: | *******7417 | | |
| For Period Ending: | 06/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/12 | | Transfer from Acct #*******9705 | Transfer In From MMA Account | 9999-000 | 10,612.44 | | 10,612.44 |
| 03/23/12 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,885.74 | 7,726.70 |
| 03/23/12 | 003002 | George and Robert Eckdahl<br><B>(ADMINISTRATIVE)</B><br>c/o Herbert Bell, Attorney<br>PO Box 206<br>Downers Grove IL 60515-0206 | Claim 000048, Payment 39.69331% | 2990-000 | | 7,726.70 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 10,612.44 | 10,612.44 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 10,612.44 | 0.00 | |
| | | Subtotal | 0.00 | 10,612.44 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 10,612.44 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 21,348.12 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 10,665.91 | BofA - Money Market Account - *******9705 | 10,691.52 | 79.08 | 0.00 |
| | | BofA - Checking Account - *******4289 | 0.00 | 10,612.44 | 0.00 |
| Total Memo Allocation Net: | 10,682.21 | | 10,691.52 | 10,691.52 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

          /s/     GINA B. KROL
Trustee's Signature: _____  Date: 06/12/12

Page Subtotals         10,612.44        10,612.44

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Ver: 16.06b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 08-04458 -SQU | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | SCHMIDT QUALITY CONSTRUCTION, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4289 BofA - Checking Account |
| Taxpayer ID No: | *******7417 | | |
| For Period Ending: | 06/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

GINA B. KROL

Page Subtotals  0.00  0.00